JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CULVER STUDIOS OWNER, LLC,<br><br>             Plaintiff,<br><br>     v.<br><br>ALLIED WORLD NATIONAL ASSURANCE COMPANY,<br><br>             Defendant. | Case No. 2:20-cv-10630 ODW (Ex)<br>The Hon. Otis D. Wright, II<br><br>**ORDER REMANDING CASE TO STATE COURT**<br><br>Trial Date:         None Set |

Upon consideration of the parties' Joint Stipulation to Remand Case to State Court (ECF No. 10), this action is **REMANDED** to the Superior Court of the State of California, Los Angeles County.  The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

DATED:  December 21, 2020

_____
Otis D. Wright, II
United States District Judge